| | |
|---|---|
| 1 | KAREN P. HEWITT |
| | United States Attorney |
| 2 | SHIREEN M. BECKER |
| | Assistant United States Attorney |
| 3 | United States Attorney's Office |
| | 880 Front Street, Room 6293 |
| 4 | San Diego, California 92101-8893 |
| | Telephone: (619) 557-2911 |
| 5 | Facsimile: (619) 557-5551 |
| | Email: shireen.becker@usdoj.gov |
| 6 | Attorneys for Plaintiff |
| | United States of America |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 08 CR 2441-JAH |
| | ) | |
| Plaintiff, | ) | |
| | ) | **NOTICE OF APPEARANCE** |
| v. | ) | |
| | ) | |
| HABIB SAYB MUJICA, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

I, the undersigned attorney, enter my appearance as counsel for the United States in the above-captioned case. I certify that I am admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4.

Effective this date, <u>the following attorneys are no longer associated with this case</u> and should <u>not</u> receive any further Notices of Electronic Filings relating to activity in this case (if the generic "U.S. Attorney CR" is still listed as active in this case in CM/ECF, please terminate this association):

<u>Name</u>

None

| | |
|---|---|
| 1 | Please call me at the above-listed number if you have any questions about this notice. |
| 2 | DATED:  August 19, 2008 |

                                                Respectfully submitted,

                                                KAREN P. HEWITT
                                                United States Attorney

                                                /s/ *Shireen M. Becker*

                                                Shireen M. Becker
                                                Assistant United States Attorney

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 08 CR 2441 JAH |
| Plaintiff, | ) | |
| v. | ) | **CERTIFICATE OF SERVICE** |
| HABIB SAYB MUJICA, | ) | |
| Defendant. | ) | |

IT IS HEREBY CERTIFIED THAT:

I, Shireen Becker, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. I have caused service of the Notice of Appearance as lead counsel for the United States, dated August 19, 2008, and this Certificate of Service, dated August 19, 2008, on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them:

**Robert Schlein, Esq.**
*Attorney for Defendant*

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 19, 2008.

/s/ *Shireen M. Becker*
Shireen M. Becker
Assistant United States Attorney

3